FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JAN -4 PM 12: 29

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

_Shaqville Tramaine hickey_____, Plaintiff

v.

_The City and the county_____,

_of Denver_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Shaqville Tramaine malkey 3255 southparker road building 2 Apt 2609
(Name and complete mailing address)

720-670-8866   Bishiopair @ gmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

 Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Federal question pursuant to 28
U.S.C § 1331.

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

offense date     offense Time

CLAIM ONE: #19GS011056     10/05/2019     1:23 am

Supporting facts:  Discovery, minute order

① Deframation of Character

② mental anguish Emtional Disstress

③ False Imprisonment

④ Discrimination

⑤ Punitive damages — General damages

# DENVER POLICE DEPARTMENT
## ARREST HARDCOPY
### (SHAQUILLE TRAMAINE MACKEY)

AB# 2019-42226

## Related Text Page(s)

|  |  |
|---|---|
| **Document** | PROBABLE CAUSE STATEMENT |
| **Author** | P17046 - BAIN, CHARLES |
| **Subject** | PC STATEMENT |
| **Related Date/Time** | OCT-05-2019  (SAT.) 0215 |

The probable cause of the arrest of the above-named individual is as follows: [On 10-05-2019 at approximately 0145 hours while operating car 651D in full uniform and driving a marked police vehicle and working partner car with Officer Whyde P17085 we responded to Mile High Spirits located at 2201 Lawrence St (City and County of Denver, Colorado) on a report of Threats.

The listed victim, Steven Kuzma (DOB 09-02-1987) who is the General Manager of the listed location, called police to report that an intoxicated male was bothering customers and refusing to leave. He also told the 911 call-taker that he was becoming hostile and threatening. He reported that the male kept reaching into his waistband. He described the subject as a black male approximately 6|01" with a thin build wearing black clothing and a purple hat.

Upon arrival at the scene we observed the defendant, Shaquille Mackey (DOB 03-09-1992) engaged in a verbal altercation with an unknown male in front of the listed business. The defendant was a black male with a thin build wearing black clothing and a purple hat. We detained the defendant in handcuffs and escorted him to our patrol vehicle.

The victim reported that the defendant was behaving erratically in front of their business and was making their customers feel uncomfortable. The victim and his Security Staff asked the defendant to approximately 20 times however he refused.

The defendant then became hostile with the victim and threatened to fight him. The defendant repeatedly reached into his waistband as he was making the threats. The victim reported that he was in fear for his safety and he believed the threats to be credible. The victim stated that he wanted to press charges for Threats and Trespassing.

The victim positively identified the defendant on scene as the individual who made the threats and refused to leave the premises.

We placed the defendant under arrest. He was positively identified by his Colorado Identification Card and transported to the DDC without incident.]

CLAIM TWO: #19GS008571   Offense Date 08/12/2019   Offense Time 1:19 am

Supporting facts: Discoverys, minute orders

① Deframation of Character

② mental anguish Emtional Disstress

③ False Imprisenment

④ Discrimination

⑤ Punitive Damages → General Damages

Page 1 of 2 Pages

GO/CAD No. 19-508/85

## Denver Police Department  Departamento de Policía de Denver
## STATEMENT  DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido paterno, nombre, inicial del segundo nombre) | | | Person Making Statement Is: COMPLAINANT |
|---|---|---|---|
| Gray O'Ambura | | | ☐ Officer  Serial Number _____ ☐ Witness ☐ Person Advised |

| Residence Street Address Domicilio del lugar donde vive | City Ciudad | County Condado | State Estado | Zip Code Código postal |
|---|---|---|---|---|
| 1350 Speer | Denver | Co | CO | 80204 |

| Residence Phone Teléfono del lugar donde reside | Business Phone Teléfono del trabajo/empresa | Date of Birth Fecha de nacimiento/No. de Serie |
|---|---|---|
| (720) 737 0884 | ( ) | 09-13-1994 |

| Business Street Address Domicilio del trabajo/empresa | City Ciudad | County Condado | State Estado | Zip Code Código postal |
|---|---|---|---|---|
| 1350 Speer st | Denver | Denver | CO | 80204 |

| Officer Taking Statement | Serial No. | Date | Time |
|---|---|---|---|
| BAIN | 17046 | 08-12-2019 | 0230 Hours |

| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: | Location Where Statement was Taken: Lugar donde se tomó la declaración |
|---|---|
| 1350 SPEER BLVD | 1350 SPEER BLVD |

**Summary of Statement**
**Resumen de la Declaración**

During Routine Patrol as the Officer Security assigned to propety encountered male sleeping on second balcony from 14th street asked male to leave he refused and then said fuck you your lucky i didnt break in to appartment that i was sleeping in front of asked to leave a second time man then layed back down and took shoes off and plugged charger in to outdoor outlet as approaching man to leave property man kept reaching for pocket causing me to

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

08 / 12 / 20 19
Date

0230  ☒ a.m. ☐ p.m.
Time Statement Completed

_D'am Guy_
Signature of Person Making Statement
Firma de la persona que hace la declaración

(Rev. 01/17)

Page 2 of 2 Pages                                    GO/CAD No 19-508185

**Summary of Statement (Continued)**
**Resumen de la declaración (Continuación)**

feel threatend and unsafe and male
kept saying fuck you the person
Police arrested is same man asked

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior, los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

08 / 12 / 20 19
Date

0230  ☒ a.m. ☐ p.m.
Time Statement Completed

_Signature of Person Making Statement_
Firma de la persona que hace la declaración

DPD 366 (Rev. 01/17)

## E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

(1) To be Amended for Damages and for wrongful Imprisonment.

## F.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____12-15-2021_____
(Date)

(Revised December 2017)

6

the complaint.   An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to
3255 South parker road (defendant(s) or counsel for defendant(s))
at building 2 Apt 2609 (address) on _Dec, 15_, 20 21 .

_Shaquille Tramaine Mackey_
Plaintiff's Original Signature

When you have completed the complaint and all of the necessary forms as described in these instructions, the completed complaint and forms should be mailed or hand delivered to the Clerk of the United States District Court whose name and address are:

Jeffrey P. Colwell, Clerk
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO   80294-3589

If you have any questions or seek additional information, please contact the office of the Clerk of the Court at 303/844-3433.   The court's business hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday.

**PLEASE NOTE: If you are unrepresented (pro se), not a prisoner, and have a civil case, you can contact the Federal Pro Se Clinic for free, limited legal assistance. Call the Federal Pro Se Clinic at 303-380-8786 or fill out an intake form online at https://www.cobar.org/fpsc. The Clinic cannot help with prisoner, criminal or bankruptcy cases, or with appeals.**

(Rev. December 2020)

Printed: 01/03/22 12:56 PM                **Case Number: 19GS011056**                Page 1 of 4

## Case Information                DCC Case No: 19GS011056        State Case No:

| Status | Case Type | Vio Date | Date Filed | DV | Citation Pfx |
|---|---|---|---|---|---|
| CLOSED | TRESPASSING | 10/05/2019 | 10/05/2019 | N | |

Location: 2201 LAWRENCE ST DENVER

## Party Information                DCC Case No: 19GS011056                **5 Parties**

DEFENDANT

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| MACKEY | SHAQUILLE | T | | 03/09/1992 | |

Address: TRANSIENT                                    Phone: (720) 809-1767
         DENVER, CO 80205                              Language:

AKA

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| MACKEY | SHAQUILLE | | | 01/01/1900 | |

Address: CO                                          Phone:
                                                     Language:

AKA

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| MACKEY | SHAQUILLE | T | | 01/01/1900 | |

Address: CO                                          Phone:
                                                     Language:

AKA

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| MACKEY | TREMAINE | S | | 03/09/1992 | |

Address: CO                                          Phone:
                                                     Language:

AKA

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| MACKEY | SHAQUILLE | T | | 01/01/1900 | |

Address: CO                                          Phone:
                                                     Language:

## Violations                DCC Case No: 19GS011056

| | Disposition | CRS | Class | Description | Points |
|---|---|---|---|---|---|
| 1 | DISMISSED | 38-115 | UC | TRESPASS | 0 |
| 2 | DISMISSED | 38-92 | UC | THREATS TO INJURE PERSON/PROPERTY | 0 |

## Bond Information                DCC Case No: 19GS011056

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 101098 | PERSONAL REC | 2019-371178 | MACKEY, SHAQUILLE T |

Surety: SHAQUILLE T MACKEY                Power No:
Address: TRANSIENT
         DENVER, CO 80205
Phone: () -
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 10/06/19 01:25 | POSTED | $0.00 | | |
| 2 | 10/24/19 08:30 | BOND RELEASED | | | |

Printed: 01/03/22 12:56 PM          **Case Number: 19GS011056**          Page 2 of 4

## Bond Information                    DCC Case No: 19GS011056

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 613204 | PERSONAL REC | | MACKEY, SHAQUILLE T |

Surety: SHAQUILLE T MACKEY          Power No:
Address: TRANSIENT
         DENVER, CO 80205
Phone: (720) 691-0387
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 02/07/21 21:32 | POSTED | $0.00 | | |
| 2 | 03/11/21 08:30 | BOND RELEASED | | | |

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 617659 | CREDIT CARD | 2021-405985 | MACKEY, SHAQUILLE T |

Surety: KENNETH SMITH          Power No:
Address: 3255 S PARKER RD BUILDING #2-609
         DENVER, CO 80014
Phone: (720) 353-5828
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 03/26/21 11:56 | POSTED | $2.00 | | |
| 2 | 05/14/21 13:30 | BOND RELEASED | $2.00 | | |

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 622363 | PERSONAL REC | | MACKEY, SHAQUILLE T |

Surety: SHAQUILLE T MACKEY          Power No:
Address: TRANSIENT
         DENVER, CO 80205
Phone: (720) 676-8359
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 05/14/21 15:26 | POSTED | $0.00 | | |
| 2 | 06/21/21 08:00 | BOND RELEASED | | | |

## Sentence Information                    DCC Case No: 19GS011056

| Date/Description | Value | Units | SOE Date | Due Date | Status |
|---|---|---|---|---|---|
| **03/25/2021**<br>SHERIFF SPECIAL INSTRUCTIONS | | | | | |
| **04/23/2021**<br>SHERIFF SPECIAL INSTRUCTIONS | | | | | |

## Fine and Costs                    DCC Case No: 19GS011056

| Description | Imposed | Suspended | CCWP/CTS | Paid | Due |
|---|---|---|---|---|---|
| WARRANT FEE (GS) | 200.00 | 200.00 | .00 | .00 | .00 |
| BOND | 2.00 | .00 | .00 | 2.00 | .00 |
| **Total:** | $202.00 | $200.00 | $0.00 | $2.00 | $0.00 |

## Action Information                    DCC Case No: 19GS011056

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 09/03/21 14:24 | MOTION FILED | | 160 | | |

## Action Information     DCC Case No: 19GS011056

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 06/21/21 08:00 | SEALED RECORD MOTION | | 4A | | 65.00 |
| 06/21/21 08:00 | CASE CLOSED | | 4A | | |
| 06/21/21 08:00 | COURT TRIAL | Judge B Schwartz | 4A | DISM ON MOTION OF PROSECUTION | |
| Minute #1 | JUDGE BAS: [DMCA] (by: KCG) | | | | |
| Minute #2 | D appears virtually pro se.  CA motions to dismiss, granted.  Fees waived. (by: KCG) | | | | |
| 05/14/21 13:30 | CCMF HEARING | Magist M Annis | 2100 | SET NEW COURT DATE | |
| Minute #1 | JUDGE MTA: [SET], Set CTRL, PR BOND AUTHORIZED-$200.00 (by: ANO) | | | | |
| Minute #2 | Due to COVID -19 DEF i/c CA and PD appear by phone; court adopts findings in comp eval of competent; 78 days remain on speedy ends 8/02; Bond set @ $200 PR Bond; Court Trial: 06/21 in 4A (by: ANO) | | | | |
| 05/14/21 13:00 | PR BOND AUTHORIZED | | 2100 | | 200.00 |
| 05/14/21 08:30 | CCMF HEARING | Judge C Malone | 4B | CONTINUED BY COURT | |
| 05/14/21 08:30 | BOND FORFEITURE HEARING | 0 | 4B | VACATE COURT DATE | |
| Minute #1 | BF PAPERWORK MAILED TO SURETY ONLY / NO ADDRESS FOR DEF  4/15/21  LGM | | | | |
| 05/10/21 12:28 | COMP EVAL RECEIVED | | 2100 | | |
| 04/23/21 13:00 | IN CUSTODY HEARING | Magist M Annis | 2100 | HEARING HELD | |
| Minute #1 | JUDGE MTA: [HELD], Set CCMF HEARING (by: OGG) | | | | |
| Minute #2 | Def i/c & appearance waived by PD, due to Covid-19 all parties appear via TeleConf;  PD re-raises competency; Court will set for in-custody evaluation; (by: OGG) | | | | |
| Minute #3 | Set CCMF Hrg on 5/14 @8:30 a.m. in 4B (by: OGG) | | | | |
| 04/22/21 13:00 | IN CUSTODY HEARING | Magist M Annis | 2100 | CONTINUED BY COURT | |
| Minute #1 | JUDGE MTA: [CONT/C], Set INCUST (by: OGG) | | | | |
| Minute #2 | Def unfit; Set on 4/23 (by: OGG) | | | | |
| 04/22/21 08:30 | IN CUSTODY HEARING | Judge I Pallares | 3G | CONTINUED BY COURT | |
| 04/21/21 21:33 | DENVER CITY JAIL IN CUSTODY | | | | |
| 04/21/21 21:33 | WARRANT CANCELLATION ORDERE | | WARR | WARCAN | |
| 04/15/21 08:31 | FAIL TO APPEAR CASH WARR ORD | | 4B | WARISS | 25.00 |
| 04/15/21 08:30 | CCMF HEARING | Judge C Malone | 4B | FAILED TO APPEAR (FTA) | |
| Minute #1 | JUDGE CMM: [FTA]-Warrant (No OJW), BOND SET-$25.00 (by: RSM) | | | | |
| Minute #2 | Def FTA; bench warrant issues; BOND: $25 cash (by: RSM) | | | | |
| 03/25/21 13:00 | BOND SET | | 2100 | | 2.00 |
| 03/25/21 13:00 | IN CUSTODY HEARING | Magist A Spain | 2100 | HEARING HELD | |
| Minute #1 | JUDGE AXS: [HELD], Set CCMF HEARING (by: OGG) | | | | |
| Minute #2 | Def I/C w/PD; Due to Covid-19 all parties appear via TeleConf; PD raises Competency; Bond continues; Set in-custody CCMF Hrg. on 4/15 @8:30 a.m. in 4B (by: OGG) | | | | |
| 03/24/21 13:00 | IN CUSTODY HEARING | Magist A Spain | 2100 | CONTINUED BY COURT | |
| Minute #1 | JUDGE AXS: [CONT/C], Set INCUST (by: OGG) | | | | |
| Minute #2 | Def refusing; Set on 3/25 (by: OGG) | | | | |
| 03/24/21 08:30 | IN CUSTODY HEARING | | 3G | VACATE COURT DATE | |
| 03/23/21 08:30 | IN CUSTODY HEARING | Judge I Pallares | 3G | CONTINUED BY COURT | |
| Minute #1 | *PER CT BOARDS, DEF IS UNABLE TO COME TO CT DUE TO BX OR HEALTH REASONS, R/S TO TOMORROW.  NEL | | | | |
| 03/22/21 13:49 | DENVER CITY JAIL IN CUSTODY | | | | |
| 03/22/21 13:48 | WARRANT CANCELLATION ORDERE | | WARR | WARCAN | |
| 03/22/21 08:30 | WARRANT HEARING | Judge I Pallares | 3G | NO SHOW | |
| Minute #1 | WARRANT HEARING SET VIA PHONE PROVIDED VC INFO SYT | | | | |
| 03/11/21 08:31 | FAIL TO APPEAR WARRANT ORDERI | | 4A | WARISS | 2.00 |
| 03/11/21 08:30 | CCMF HEARING | Judge B Schwartz | 4A | FAILED TO APPEAR (FTA) | |
| Minute #1 | JUDGE BAS: [FTA]-Warrant (No OJW), BOND SET-$2.00 | | | | |
| Minute #2 | D FTA's at 11:41.  Apparently, D missed DHMC meeting as well.  BW issues with $2 Bond. | | | | |
| 02/25/21 09:30 | DHMC APPOINTMENT | | 435 | DEFENDANT DOES NOT APPEAR | |
| 02/17/21 08:30 | FINE/COSTS TOTAL | | 4A | PDINFL | 0.00 |
| 02/17/21 08:30 | BOND RETURN DATE | Judge A Espinosa | 4A | SET NEW COURT DATE | |
| Minute #1 | JUDGE ADE: [SET] | | | | |

Printed: 01/03/22 12:56 PM        **Case Number: 19GS011056**        Page 4 of 4

## Action Information                DCC Case No: 19GS011056

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|------|--------|------------------|-------|-------|--------|
| 02/17/21 08:30 | BOND RETURN DATE | Judge A Espinosa | 4A | SET NEW COURT DATE | |

Minute #2 — 2/17/2021- D o/c pro se. Reset for DHMC appointment and CCMF hearings. Set DHMC 2/25/21 at 930am in 435 in LFC. CCMF hearing 3/11/21 at 8:30am in 4A. Ct resets all D's cases to 4A for 3/11/2021 at 8:30am; 21GS00863, 19GS10986, 19GS8571, and 19GS6419

| | | | | | |
|------|--------|------------------|-------|-------|--------|
| 02/07/21 21:32 | DENVER CITY JAIL IN CUSTODY | | | | |
| 02/07/21 21:31 | WARRANT CANCELLATION ORDERE | | WARR | WARCAN | |
| 08/17/20 08:31 | FAIL TO APPEAR PR BOND GRANTEI | | 4B | WARISS | 200.00 |
| 08/17/20 08:30 | CCMF HEARING | Judge G Jackson | 4B | FAILED TO APPEAR (FTA) | |

Minute #1 — JUDGE GMJ: [FTA]-WARRANT (NO OJW) $200 PR BOND.

| | | | | | |
|------|--------|------------------|-------|-------|--------|
| 07/31/20 09:30 | DHMC APPOINTMENT | | 335 | DEFENDANT DOES NOT APPEAR | |
| 06/22/20 08:30 | CCMF HEARING | Judge G Jackson | 4B | CONTINUED BY DEFENDANT | |

Minute #1 — RESET DATES DUE TO "C19". NO NUMBER IN FILE, THERE IS AN ADDRESS IN 19GS006419 CASE BUT UNSURE IF IT IS STILL HIS ADDRESS. MAILED SETTING SLIP TO THAT ADDRESS. RZM

Minute #2 — UPDATED EMAIL WITH NEW DATES SENT TO DHMC. RZM

Minute #3 — NO TELEPHONE NUMBER IN THEMIS. UNABLE TO NOTIFY DEF OF VIRTUAL HEARING. JAD

Minute #4 — JUDGE GMJ: [CONT/D], SET CCMFH EVALUATION DATE IS JULY 31ST AT 9:30 A.M.  MS. EWA PROVIDED COURT WITH ASSISTANCE WITH

| | | | | | |
|------|--------|------------------|-------|-------|--------|
| 06/09/20 08:30 | DHMC APPOINTMENT | | 335 | DEFENDANT DOES NOT APPEAR | |

Minute #1 — RESET DATES DUE TO "C19". NO NUMBER IN FILE, THERE IS AN ADDRESS IN 19GS006419 CASE BUT UNSURE IF IT IS STILL HIS ADDRESS. MAILED SETTING SLIP TO THAT ADDRESS. RZM

Minute #2 — UPDATED EMAIL WITH NEW DATES SENT TO DHMC. RZM

| | | | | | |
|------|--------|------------------|-------|-------|--------|
| 05/01/20 08:30 | CCMF HEARING | Judge G Jackson | 4B | VACATE COURT DATE | |

Minute #1 — SETTING SLIP SIGNED ON CASE NUMBER 19GS006419. RZM

| | | | | | |
|------|--------|------------------|-------|-------|--------|
| 04/07/20 12:30 | DHMC APPOINTMENT | | 335 | VACATE COURT DATE | |

Minute #1 — SETTING SLIP SIGNED ON CASE NUMBER 19GS006419. RZM

| | | | | | |
|------|--------|------------------|-------|-------|--------|
| 02/19/20 08:30 | WARRANT CANCELLATION ORDERE | | 3F | WARCAN | |
| 02/19/20 08:30 | WARRANT HEARING | Judge G Jackson | 3F | SET NEW COURT DATE | |
| 10/24/19 08:31 | FAIL TO APPEAR WARRANT ORDERI | | 4A | WARISS | 100.00 |
| 10/24/19 08:30 | DISPOSITION/RESET DATE | Judge J Barajas | 4A | FAILED TO APPEAR (FTA) | |

Minute #1 — JUDGE JCB: [FTA]-Warrant (No OJW), BOND SET-$100.00

| | | | | | |
|------|--------|------------------|-------|-------|--------|
| 10/11/19 08:00 | BOND RETURN DATE | Judge J Zobel | 4C | NOT GUILTY PLEA SET NEW DATE | |

Minute #1 — JUDGE JEZ: [NGSET], Set DISPO

Minute #2 — Def is very hostile and is advised verbally of charges and rights. Not guilty enters and set a dispo hearing in trial division in 2 weeks. Def called CA derogatory names in hall and was warned of contempt and possible penalties if decorum violated.

| | | | | | |
|------|--------|------------------|-------|-------|--------|
| 10/11/19 00:00 | SPEEDY TRIAL STARTS | | | CLEAR | |
| 10/06/19 09:00 | ARRAIGNMENT | | 2100 | VACATE COURT DATE | |
| 10/05/19 03:02 | DENVER CITY JAIL IN CUSTODY | | | ELE | |
| 10/05/19 02:50 | CASE ENTERED | | | ELE | |

## Jail Information                DCC Case No: 19GS011056

| Date | Location | Arrest No |
|------|----------|-----------|
| 10/05/2019 | DENVER CITY JAIL IN CUSTODY | 2019371178 |
| 02/07/2021 | DENVER CITY JAIL IN CUSTODY | |
| 03/22/2021 | DENVER CITY JAIL IN CUSTODY | |
| 04/21/2021 | DENVER CITY JAIL IN CUSTODY | |

## Official Information                DCC Case No: 19GS011056

**ID:** P17046        **Name:** BAIN, CHARLES

Printed: 01/03/22 3:00 PM | Case Number: 19GS008571 | Page 1 of 6

## Case Information

DCC Case No: 19GS008571     State Case No:

| Status | Case Type | Vio Date | Date Filed | DV | Citation Pfx |
|---|---|---|---|---|---|
| CLOSED | TRESPASSING | 08/12/2019 | 08/12/2019 | N | |

Location: 1350 SPEER BLVD DENVER

## Party Information

DCC Case No: 19GS008571     3 Parties

**DEFENDANT**

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| MACKEY | SHAQUILLE | T | | 03/09/1992 | |

Address: 3255 S PARKER RD 2-2609     Phone: (720) 691-0387
DENVER, CO 80014     Language:

**AKA**

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| MACKEY | TREMAINE | S | | 03/09/1992 | |

Address: CO     Phone:
     Language:

**AKA**

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| MACKEY | SHAQUILLE | T | | 01/01/1900 | |

Address: CO     Phone:
     Language:

## Violations

DCC Case No: 19GS008571

| Disposition | CRS | Class | Description | Points |
|---|---|---|---|---|
| 1 DISMISSED | 38-115 | UC | TRESPASS | 0 |

## Bond Information

DCC Case No: 19GS008571

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 565645 | PERSONAL REC | | MACKEY, SHAQUILLE T |

Surety: SHAQUILLE T MACKEY     Power No:
Address: TRANSIENT
DENVER, CO 80205
Phone: () -
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 08/15/19 13:55 | POSTED | $0.00 | | |
| 2 | 08/23/19 08:30 | BOND RELEASED | | | |

## Bond Information                    DCC Case No: 19GS008571

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 570506 | CASH | 2019-369393 | MACKEY, SHAQUILLE T |

Surety: KENNETH SMITH                    Power No:
Address: 3255 S PARKER RD APT 2609
DENVER, CO 80014
Phone: (720) 353-5828
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 09/29/19 08:06 | POSTED | $100.00 | | |
| 2 | 11/15/19 08:30 | JUDGMENT ENTERED | $100.00 | | |
| 3 | 11/18/19 13:09 | JUDGMENT PAID | $100.00 | | |

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 613206 | PERSONAL REC | | MACKEY, SHAQUILLE T |

Surety: SHAQUILLE T MACKEY                    Power No:
Address: 2323 CURTIS
DENVER, CO 80205
Phone: (720) 691-0387
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 02/07/21 21:37 | POSTED | $0.00 | | |
| 2 | 03/11/21 08:30 | BOND RELEASED | | | |

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 617669 | CREDIT CARD | 2021-405985 | MACKEY, SHAQUILLE T |

Surety: KENNETH SMITH                    Power No:
Address: 3255 S PARKER RD BUILDING #2-609
DENVER, CO 80014
Phone: (720) 353-5828
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 03/26/21 12:20 | POSTED | $2.00 | | |
| 2 | 05/14/21 13:30 | BOND RELEASED | $2.00 | | |

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 622364 | PERSONAL REC | | MACKEY, SHAQUILLE T |

Surety: SHAQUILLE T MACKEY                    Power No:
Address: 2323 CURTIS
DENVER, CO 80205
Phone: (720) 691-0387
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 05/14/21 15:26 | POSTED | $0.00 | | |
| 2 | 06/28/21 10:30 | BOND RELEASED | | | |

Printed: 01/03/22 3:00 PM          **Case Number: 19GS008571**                    Page 3 of 6

## Bond Information                    DCC Case No: 19GS008571

| Bond No | Bond Type | Arrest No | Party |
|---------|-----------|-----------|-------|
| 629245 | PERSONAL REC | WALK THRU | MACKEY, SHAQUILLE T |

Surety: SHAQUILLE T MACKEY            Power No:
Address: 3255 S PARKER RD 2-2609
         DENVER, CO 80014
Phone: (720) 691-0387
Insurance Co:

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|-------------|-------------|--------|----------|------------|
| 1 | 07/29/21 11:30 | POSTED | $0.00 | | |
| 2 | 08/06/21 08:30 | BOND RELEASED | | | |

## Sentence Information              DCC Case No: 19GS008571

| Date/Description | Value | Units | SOE Date | Due Date | Status |
|------------------|-------|-------|----------|----------|--------|
| **08/15/2019**<br>AREA RESTRICTION | | 1 YEARS | | 08/15/20 | |
| **03/25/2021**<br>SHERIFF SPECIAL INSTRUCTIONS | | | | | |
| **04/23/2021**<br>SHERIFF SPECIAL INSTRUCTIONS | | | | | |

## Fine and Costs                     DCC Case No: 19GS008571

| Description | Imposed | Suspended | CCWP/CTS | Paid | Due |
|-------------|---------|-----------|----------|------|-----|
| WARRANT FEE (GS) | 300.00 | 300.00 | .00 | .00 | .00 |
| BOND | 102.00 | .00 | .00 | 102.00 | .00 |
| BOND FORFEITURE | 100.00 | .00 | .00 | 100.00 | .00 |
| **Total:** | $502.00 | $300.00 | $0.00 | $202.00 | $0.00 |

## Action Information                 DCC Case No: 19GS008571

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|------|--------|------------------|-------|-------|--------|
| 08/13/21 08:30 | BOND RETURN DATE | Judge B Schwartz | 4A | VACATE COURT DATE | |
| 08/06/21 08:30 | CASE CLOSED | | 4A | | |
| 08/06/21 08:30 | HEARING | Judge B Schwartz | 4A | DISM ON MOTION OF PROSECUTION | |

Minute #1    JUDGE BAS: [DMCA] (by: KCG)
Minute #2    D appears in person pro se. CA motions to dismiss, granted. Fees waived.    (by: KCG)

| 08/05/21 09:39 | CONTINUE MOTION | | 160 | | |
| 07/29/21 11:29 | WARRANT CANCELLATION ORDERE | | WARR | WARCAN | |
| 06/28/21 10:31 | FAIL TO APPEAR PR BOND GRANTEI | | 4A | WARISS | 1,000.00 |
| 06/28/21 10:30 | COURT TRIAL | Judge B Schwartz | 4A | FAILED TO APPEAR (FTA) | |

Minute #1    JUDGE BAS: [FTA]-Warrant (No OJW), PR BOND AUTHORIZED-$1000.00 (by: CRG)
Minute #2    Def appears virtually pro se, CA Metzker (by: CRG)
Minute #3    Def requests continuance, wasnt aware he had to physically be present. Def is in Arkansas. CA Objs to continuance. Witnesses were called in and ready to proceed. Motion to Continue DENIED (by: CRG)
Minute #4    CT issues BW $1000 PR, WST when def re-appears (by: CRG)

| 06/28/21 08:30 | COURT TRIAL | Judge C Malone | 4B | SET NEW COURT DATE | |

Minute #1    JUDGE CMM: [SET] (by: RSM)
Minute #2    Def present virtually on bond; Pro Se;CA Saliman; Def given an Arguello adv; Def wishes to represent himself but has not ordered discovery from the City; Ptys announce ready; (by: RSM)
Minute #3    Case will be transferred to 4A (by: RSM)

| 05/14/21 13:30 | CCMF HEARING | Magist M Annis | 2100 | SET NEW COURT DATE | |

Minute #1    JUDGE MTA: [SET], Set CTRL, PR BOND AUTHORIZED-$200.00 (by: ANO)
Minute #2    Due to COVID -19 DEF i/c CA and PD appear by phone; court adopts findings in comp eval of competent; 83 days remain on speedy ends 8/05; Bond set @ $200 PR Bond; Court Trial: 06/28 in 4B; Dispo: 05/27 in 3H (by: ANO)

Printed: 01/03/22 3:00 PM          **Case Number: 19GS008571**                    Page 4 of 6

## Action Information

DCC Case No: 19GS008571

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 05/14/21 13:00 | PR BOND AUTHORIZED | | 2100 | | 200.00 |
| 05/14/21 08:30 | CCMF HEARING | Judge C Malone | 4B | CONTINUED BY COURT | |
| 05/14/21 08:30 | BOND FORFEITURE HEARING | 0 | 4B | VACATE COURT DATE | |
| 05/10/21 12:30 | COMP EVAL RECEIVED | | 2100 | | |
| 04/23/21 13:00 | IN CUSTODY HEARING | Magist M Annis | 2100 | HEARING HELD | |

    Minute #1    JUDGE MTA: [HELD], Set CCMF HEARING (by: OGG)
    Minute #2    Def i/c & appearance waived by PD, due to Covid-19 all parties appear via TeleConf;  PD re-raises competency; Court will set for in-custody evaluation; (by: OGG)
    Minute #3    Set CCMF Hrg on 5/14 @8:30 a.m. in 4B (by: OGG)

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 04/22/21 13:00 | IN CUSTODY HEARING | Magist M Annis | 2100 | CONTINUED BY COURT | |

    Minute #1    JUDGE MTA: [CONT/C], Set INCUST (by: OGG)
    Minute #2    Def unfit;
                Set on 4/23 (by: OGG)

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 04/22/21 08:30 | IN CUSTODY HEARING | Judge I Pallares | 3G | CONTINUED BY COURT | |
| 04/21/21 21:37 | DENVER CITY JAIL IN CUSTODY | | | | |
| 04/21/21 21:37 | WARRANT CANCELLATION ORDERE | | WARR | WARCAN | |
| 04/15/21 08:31 | FAIL TO APPEAR CASH WARR ORD | | 4B | WARISS | 25.00 |
| 04/15/21 08:30 | CCMF HEARING | Judge C Malone | 4B | FAILED TO APPEAR (FTA) | |

    Minute #1    JUDGE CMM: [FTA]-Warrant (No OJW), BOND SET-$25.00 (by: RSM)
    Minute #2    Def FTA; bench warrant issues; BOND: $25 cash (by: RSM)

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 03/25/21 13:00 | BOND SET | | 2100 | | 2.00 |
| 03/25/21 13:00 | IN CUSTODY HEARING | Magist A Spain | 2100 | HEARING HELD | |

    Minute #1    JUDGE AXS: [HELD], Set CCMF HEARING (by: OGG)
    Minute #2    Def I/C w/PD; Due to Covid-19 all parties appear via TeleConf; PD raises Competency; Bond continues;
                Set in-custody CCMF Hrg. on 4/15 @8:30 a.m. in 4B (by: OGG)

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 03/24/21 13:00 | IN CUSTODY HEARING | Magist A Spain | 2100 | CONTINUED BY COURT | |

    Minute #1    JUDGE AXS: [CONT/C], Set INCUST (by: OGG)
    Minute #2    Def refusing;
                Set on 3/25 (by: OGG)

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 03/24/21 08:30 | IN CUSTODY HEARING | | 3G | VACATE COURT DATE | |
| 03/23/21 08:30 | IN CUSTODY HEARING | Judge I Pallares | 3G | CONTINUED BY COURT | |

    Minute #1    *PER CT BOARDS, DEF IS UNABLE TO COME TO CT DUE TO BX OR HEALTH REASONS, RESET TO TOMORROW. NEL

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 03/22/21 13:42 | DENVER CITY JAIL IN CUSTODY | | | | |
| 03/22/21 13:42 | WARRANT CANCELLATION ORDERE | | WARR | WARCAN | |
| 03/22/21 08:30 | WARRANT HEARING | Judge I Pallares | 3G | NO SHOW | |

    Minute #1    WARRANT HEARING SET VIA PHONE PROVIDED VC INFO SYT

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 03/11/21 08:31 | FAIL TO APPEAR WARRANT ORDERI | | 4A | WARISS | 2.00 |
| 03/11/21 08:30 | CCMF HEARING | Judge B Schwartz | 4A | FAILED TO APPEAR (FTA) | |

    Minute #1    JUDGE BAS: [FTA]-Warrant (No OJW), BOND SET-$2.00
    Minute #2    D FTA'S AT 11:41.  APPARENTLY, D MISSED DHMC MEETING AS WELL.  BW ISSUES WITH $2 BOND.

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 02/25/21 09:30 | DHMC APPOINTMENT | | 435 | DEFENDANT DOES NOT APPEAR | |
| 02/18/21 08:30 | BOND RETURN DATE | | 4B | VACATE COURT DATE | |
| 02/07/21 21:37 | DENVER CITY JAIL IN CUSTODY | | | | |
| 02/07/21 21:37 | WARRANT CANCELLATION ORDERE | | WARR | WARCAN | |
| 08/17/20 08:31 | FAIL TO APPEAR PR BOND GRANTEI | | 4B | WARISS | 200.00 |
| 08/17/20 08:30 | CCMF HEARING | Judge G Jackson | 4B | FAILED TO APPEAR (FTA) | |

    Minute #1    JUDGE GMJ: [FTA]-WARRANT (NO OJW) $200 PR BOND.

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 08/17/20 08:19 | AREA RESTRICTION CANCELLED | | WARR | | |
| 08/15/20 13:38 | AREA RESTRICTION EXPIRES | | 2100 | | |
| 07/31/20 09:30 | DHMC APPOINTMENT | | 335 | DEFENDANT DOES NOT APPEAR | |
| 06/22/20 08:30 | CCMF HEARING | Judge G Jackson | 4B | CONTINUED BY DEFENDANT | |

    Minute #1    RESET DATES DUE TO "C19". NO NUMBER IN FILE, THERE IS AN ADDRESS IN 19GS006419 CASE BUT UNSURE IF IT IS STILL HIS ADDRESS. MAILED SETTING SLIP TO THAT ADDRESS. RZM

**Case Number: 19GS008571**

## Action Information

DCC Case No: 19GS008571

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|------|--------|------------------|-------|-------|--------|
| 06/22/20 08:30 | CCMF HEARING | Judge G Jackson | 4B | CONTINUED BY DEFENDANT | |
| Minute #2 | UPDATED EMAIL WITH NEW DATES SENT TO DHMC. RZM | | | | |
| Minute #3 | NO TELEPHONE NUMBER IN THEMIS. UNABLE TO NOTIFY DEF OF VIRTUAL HEARING.JAD | | | | |
| Minute #4 | JUDGE GMJ: [CONT'D], SET CCMFH EVALUATION DATE IS JULY 31ST AT 9:30 A.M. MS. EWA PROVIDED COURT WITH ASSISTANCE WITH | | | | |
| 06/09/20 08:30 | DHMC APPOINTMENT | | 335 | DEFENDANT DOES NOT APPEAR | |
| Minute #1 | RESET DATES DUE TO "C19". NO NUMBER IN FILE, THERE IS AN ADDRESS IN 19GS006419 CASE BUT UNSURE IF IT IS STILL HIS ADDRESS. MAILED SETTING SLIP TO THAT ADDRESS. RZM | | | | |
| Minute #2 | UPDATED EMAIL WITH NEW DATES SENT TO DHMC. RZM | | | | |
| 05/01/20 08:30 | CCMF HEARING | Judge F Rodgers | 4B | VACATE COURT DATE | |
| Minute #1 | SETTING SLIP SIGNED ON CASE NUMBER 19GS006419. RZM | | | | |
| 04/07/20 12:30 | DHMC APPOINTMENT | | 335 | VACATE COURT DATE | |
| Minute #1 | SETTING SLIP SIGNED ON CASE NUMBER 19GS006419. RZM | | | | |
| 02/19/20 08:30 | WARRANT CANCELLATION ORDERE | | 3F | WARCAN | |
| 02/19/20 08:30 | WARRANT HEARING | Judge G Jackson | 3F | SET NEW COURT DATE | |
| 11/15/19 08:30 | BOND FORFEITURE HEARING | Judge G Jackson | 3F | JUDGMENT AGAINST SURETY | |
| Minute #1 | JUDGE GMJ: [FTA]-Warrant (No OJW) | | | | |
| Minute #2 | GMJ ORDER: BOND JUDGEMENT ENTERS. GMJ/JAD | | | | |
| 10/16/19 08:31 | FAIL TO APPEAR WARRANT ORDERI | | 3H | WARISS | 200.00 |
| 10/16/19 08:30 | CCMF HEARING | Judge A Rudolph | 3H | FAILED TO APPEAR (FTA) | |
| Minute #1 | JUDGE ALR: [FTA]-Warrant (No OJW), BOND RELEASED-$200.00 | | | | |
| 09/27/19 15:42 | DISCOVERY MOTION | | 160 | | |
| 09/18/19 08:30 | IN CUSTODY HEARING | Judge A Rudolph | 3H | SET NEW COURT DATE | |
| Minute #1 | JUDGE ALR: [SET], Set CCMFH | | | | |
| Minute #2 | PD Mr. Flood appears with D in custody. I have 2 cases set today. One wherein F ordered PD off of the case and PD filed motion to withdraw because of the order and request that D wished to self rep. However, there is a concern about comp. | | | | |
| Minute #3 | Set for CCMF hearing. D's behavior today with court and with PD certainly does rais the issue of comp. Set for CCMF hearing. PD is still on this case and will file paper work. Bond will remain in the amount $100. | | | | |
| 09/17/19 14:51 | DENVER CITY JAIL IN CUSTODY | | | | |
| 09/17/19 14:51 | WARRANT CANCELLATION ORDERE | | | WARCAN | |
| 08/23/19 08:31 | FAIL TO APPEAR WARRANT ORDERI | | 3F | WARISS | 100.00 |
| 08/23/19 08:30 | DISPOSITION/RESET DATE | Judge G Jackson | 3F | FAILED TO APPEAR (FTA) | |
| Minute #1 | JUDGE KKW: [FTA]-Warrant (No OJW), BOND SET-$100.00 | | | | |
| Minute #2 | d ftas pr bond, secured bond issues. | | | | |
| 08/15/19 16:54 | AREA RESTRICTION ISSUED | | | WARR | |
| Minute #1 | 08-15-19: AREA RESTRICTION RECORD # 2019-777 LM | | | | |
| 08/15/19 13:38 | AREA RESTRICTION ORDERED | | 2100 | | |
| 08/15/19 13:00 | PR BOND AUTHORIZED | | 2100 | | 100.00 |
| 08/15/19 13:00 | ARRAIGNMENT | Magist M Annis | 2100 | NOT GUILTY PLEA SET NEW DATE | |
| Minute #1 | JUDGE MTA: [NGSET], Set DISPO, PR BOND AUTHORIZED-$100.00, Military-No | | | | |
| Minute #2 | Def advised of $25/21 day rule. Def. requests JT of 6. Court finds probable cause existed at time of arrest | | | | |
| Minute #3 | Def i/c with attorney; reading and advisement waived; Def PNG; demands JT; Advised to apply for PD upon release and provided written instructions of same; $100 PR bond authorized. | | | | |
| 08/15/19 00:00 | SPEEDY TRIAL STARTS | | | CLEAR | |
| 08/14/19 13:00 | ARRAIGNMENT | Judge B Faragher | 2100 | CONTINUED BY COURT | |
| Minute #1 | JUDGE BQF: [CONT/C], Set ARRG | | | | |
| Minute #2 | Cont. for 08/15/19 DEF Unfit. | | | | |
| 08/12/19 03:21 | DENVER CITY JAIL IN CUSTODY | | | ELE | |
| 08/12/19 03:10 | CASE ENTERED | | | ELE | |

Printed: 01/03/22 3:00 PM                **Case Number: 19GS008571**                Page 6 of 6

## Jail Information                DCC Case No: 19GS008571

| Date | Location | Arrest No |
|------|----------|-----------|
| 08/12/2019 | DENVER CITY JAIL IN CUSTODY | 2019365692 |
| 09/17/2019 | DENVER CITY JAIL IN CUSTODY | |
| 02/07/2021 | DENVER CITY JAIL IN CUSTODY | |
| 03/22/2021 | DENVER CITY JAIL IN CUSTODY | |
| 04/21/2021 | DENVER CITY JAIL IN CUSTODY | |

## Official Information                DCC Case No: 19GS008571

**ID:** P17046      **Name:** BAIN, CHARLES